IN THE SUPREME COURT OF TEXAS

 No. 10-0809

 IN RE STANLEY J. WILLIAMS, JR. AND DENA WILLIAMS

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' unopposed emergency motion for stay, filed October 4,
2010, is granted in part. All post-judgment proceedings, including the
trial court's October 30, 2009 Order Compelling Discovery Regarding S. Jay
Williams, Jr., the April 26, 2010 Order Denying Motion for Reconsideration,
and the September 28, 2010 Modified Order Compelling Discovery Regarding S.
Jay Williams, Jr., in the underlying trial court case no. CL-43,917-B,
styled SJW Property Commerce, Inc. v. Southwest Pinnacle Properties, Inc.,
Jackson I, Corp., Palmer Enterprise, Inc., and G.J. Palmer, Jr.,
Individually, in the County Court at Law No 2 of Hidalgo County, Texas, are
stayed pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this October 06, 2010.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk